**Electronically Filed
Supreme Court
SCWC-24-0000847
24-JUN-2026
08:40 AM
Dkt. 11 ODAC**

SCWC-24-0000847

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE INTEREST OF L CHILDREN

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000847; FC-S NO.21-0005)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Kawashima, assigned by reason of vacancy)

Petitioner/Mother-Appellant B.L.'s application for writ of

certiorari filed on April 29, 2026, is rejected.

DATED:  Honolulu, Hawaiʻi, June 24, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James S. Kawashima

